Paul Allen Metz
10248 W Colter St
Glendale, Arizona 85307
928-255-7077



FILED ____ LODGED
____ RECEIVED ____ COPY

AUG 10 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Paul Allen Metz,

         Plaintiff,

v.

INTERNAL REVENUE SERVICE,

         Defendant.

CASE NUMBER:   CV-16-2703-PHX-ROS

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to assess a penalty for Section 6695 of the INTERNAL REVENUE SERVICE code in the amount of 9400.00. This was for 2009 assessed in 2012. §§ . The plaintiff is a resident of Phoenix, Maricopa County, Arizona and a citizen of the United States. The defendant, INTERNAL REVENUE SERVICE, is a resident of Phoenix, Arizona and a citizen of the United States. The cause of action arose in the Phoenix division.

1

## Complaint

In 2008 INTERNAL REVENUE SERVICE penalized me for 4900.00 for due diligence for EIC. I won my case in The IRS Office of Appeals. In 2009 the INTERNAL REVENUE SERVICE penalized me for under reporting income on client's returns. I won my case in The IRS Office of Appeals. In 2009 INTERNAL REVENUE SERVICE penalized me for 17,500.00 for due diligence EIC. IRS Office of Appeals reduced that to 9400.00. I paid the fine but I filled out all the forms to receive that amount back. INTERNAL REVENUE SERVICE to date has not replied to my request. INTERNAL REVENUE SERVICE did a three year criminal investigation on me and found no wrong doing. The INTERNAL REVENUE SERVICE closed the case.

## Demand

The 9800.00 I paid them and court cost.   **Damages: The plaintiff requests no damages.** The Plaintiff wants a trial by jury.

Dated: _8/5/16_

Signature of Pro Se Plaintiff
Paul Allen Metz
10248 W Colter St
Glendale, Arizona 85307
928-255-7077
I declare under penalty of perjury that any facts
given are correct.

2